IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARUN CHUN,

      Petitioner,                    No. 2:11-cv-1480-MCE-EFB P

    vs.

RAUL LOPEZ,

      Respondent.                ORDER

                                /

       Petitioner, a state prisoner proceeding with counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this action on June 12, 2013.  On July 12, 2013, petitioner filed a notice of appeal.  On the same date, petitioner filed a request to proceed *in forma pauperis* on appeal.  ECF No. 34.

       Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
    (B) claims an entitlement to redress; and
    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).  Petitioner's motion fails to satisfy all three requirements.

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's July 12, 2013 request to
2 proceed *in forma pauperis* on appeal (ECF No. 34) is denied without prejudice.  The Clerk of the
3 Court is directed to serve a copy of this order on the United States Court of Appeals for the
4 Ninth Circuit, and petitioner is hereby informed that he may file a motion to proceed *in forma*
5 *pauperis* in the United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P.
6 24(a)(5).

7 DATED:  July 23, 2013.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE