UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARUN CHUN,<br><br>        Petitioner,<br><br>    v.<br><br>RAUL LOPEZ,<br><br>        Respondent. | No. 2:11-cv-01480-MCE-EFB<br><br><br><br>**ORDER** |

Petitioner Sarun Chun is currently being held by the State of California having been convicted of second-degree murder. He sought a writ of habeas corpus, which this Court denied. The Court's decision was reversed by the Ninth Circuit with instructions on remand that the writ be issued. Accordingly, Petitioner's Petition for Writ of Habeas Corpus is GRANTED. The State of California is ordered to either retry Petitioner within a reasonable time or to release him.

    IT IS SO ORDERED.

Dated: January 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1